**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6712**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SHELDON MOORE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, Chief District Judge.  (4:07-cr-00048-RBS-TEM-3)

_____

Submitted:  July 26, 2012           Decided:  August 2, 2012

_____

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sheldon Moore, Appellant Pro Se.  Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheldon Moore appeals the district court's orders denying his "Motion to Compel Government to Honor Agreement and for Evidentiary Hearing on this Matter" and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Moore, No. 4:07-cr-00048-RBS-TEM-3 (E.D. Va. Mar. 16, 2012 & Apr. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2